```
                    UNITED STATES BANKRUPTCY COURT
                      EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION
```

In re:                              ) CASE NO: 10-48774-399  Chapter 13
    EUGENE B DRISCOLL               )
                                    ) Trustee's Objection to Confirmation
    BONNIE S DRISCOLL               )
                                    ) Original confirmation hearing
                      Debtor(s)     ) set for Oct 07, 2010 10:00 AM

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. Debtor lacks sufficient income to fund the plan.
2. The set monthly payments to be made by the Trustee exceed the plan payment.
3. BUDGET INCLUDES SOCIAL SECURITY INCOME NO LONGER RECEIVED.

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

```
                                     /s/ John V. LaBarge, Jr.
KLW-221                              --------------------------------
                                     John V LaBarge Jr
Copy served on the following either  Chapter 13 Trustee
through the Court's ECF system or by P.O. Box 430908
ordinary mail on September 3, 2010 : St. Louis, MO 63143    (314) 781-8100
                                     trust33@ch13stl.com   Fax:(314) 781-8881
HEAGLER LAW FIRM
6302 N ROSEBURY
STE 1W
CLAYTON MO  63105

EUGENE B & BONNIE S DRISCOLL
529 EMMONS
SAINT CHARLES MO  63301
```