UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:                                                    )
                                                          )
                                                          )   Chapter 13
    Eugene Driscoll and                   )
    Bonnie Driscoll                       )
        Debtors     )   10-48774
                                                          )
                                                          )   Judge Barry Schermer
                                                          )

## NOTICE OF MOTION

      **PLEASE TAKE NOTICE**, that the motion of Eugene Driscoll and Bonnie Driscoll, is seeking to allow a late filed claim which was filed on April 23, 2011 in bankruptcy case #10-48774. And will be called for hearing before the Honorable Barry Schermer, Thomas Eagleton Building (U.S. Courthouse), 111 South Tenth Street, Courtroom 5 North, St. Louis, MO on an expedited motion on May 18, 2011 **at 10:00 a.m**.

**PLEASE TAKE NOTICE: ANY RESPONSIVE PLEADING IN OPPOSITION TO THE THIS MOTION /PLEADING MUST BE FILED IN WRITING NO LATER THAN TWENTY (20) DAYS FROM THE DATE OF SERVICE OF THIS MOTION/PLEADING AS SHOWN ON THE CERTIFICATE OF SER ICE. THE RESPONSE MUST BE IMMEDIATELY SERVED UPON THE UNDERSIGNED AND UPON ALL ENTITIES DESCRIBED IN L.B.R. 9013-A. THE COURT MAYGRANT THE MOTION/PLEADING WITHOUT FURTHER NOTICE OT ANY PARTY UPON EXPIRATION OF THE RESPONSE PERIOD IF NO RESPONSE IF FILED. IF A RESPONSE OR OBJECTION IS FILED, MOVANT, APPLICANT OR CLAIM OBJECTOR SHALL SET THE MATTER FOR HEARING AND PROVIDE NOTIC ETHEREOF TO THE RESPONDENT AN DALL ENTITIES DESCRIBED IN L.B.R. 9013-1 A.**

**WARNING:** Any response or objection must be filed with the Court by, May 14, 2011. A Copy may be promptly served upon the undersigned. Failure to file a timely response may result in the Court granting the relief request prior to the hearing date.

# DEBTOR'S MOTION TO ALLOW LATE FILED CLAIM

COMES NOW, Douglas M. Heagler, attorney for Debtor, and moves the court for permission to incur debt by entering into a contract to finance a vehicle and in support thereof states:

1. The Debtor's present chapter 13 case was filed on August 3, 2010.

2. Debtor's residence has a secured loan that appears to be held by Bank of America.

3. To properly complete their bankrutpcy case with a current mortgage, Debtors need to have the any arrearages due to their mortgage holder paid through their bankruptcy case.

4. Debtors have filed claim #10 for the apparent holder of their mortgage with the court.

WHEREFORE, Debtor prays the Court grant this motion and allow claim #10 for the apparent holder of Debtors mortgage to be allowed.

Respectfully Submitted,

/s/ Douglas M. Heagler
Douglas M. Heagler, #48952
901 Boones Lick
St. Charles, MO  63301
636 278 2778

# CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I served a copy of this Notice along with the attached Document(s) upon the parties listed on the service list, by causing the same to be mailed in a properly addressed envelope, postage prepaid, on April 25, 2011.

/s/ Douglas M. Heagler.
Douglas M. Heagler, #48952
dheagler@freshstartbk.com
901 Boones Lick
St. Charles, MO  63301
636 278 2778

Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

Office of the U. S. Trustee
111 S.10th St.  Ste 6353
St. Louis, MO  63105

Eugene and Bonnie Driscoll
529 Emmons Ave
St. Charles, MO  63301