Form errfilpc

# UNITED STATES BANKRUPTCY COURT
Eastern District of Missouri

*In Re:* Eugene B. Driscoll and Bonnie S. Driscoll
    *Debtor*

*Case No.:* 10–48774 – A399

*Chapter:* 13

## NOTICE TO FILER OF INCONSISTENCIES IN ELECTRONICALLY FILED PROOF OF CLAIM

*Proof of Claim No.10 filed on 4/23/11:*

☑ PDF is: ☐ illegible    ☑ incomplete    ☐ filed in wrong case

### *Action Required By the Filer*

☑    Claim Must Be Re–Filed. Go to Bankruptcy>File Claims

*Go to www.moeb.uscourts.gov for ECF Procedures or call the Help Desk at (866) 803–9517*
*For additional details please review the "Remarks" section on the Claims Register.*

Dated: 4/25/11

/S/ Dana C. McWay
_____
Clerk of Court

Copy to: Rev. 10/10